PAUCHOGUE LAND CORPORATION, Respondent, v. LONG ISLAND STATE PARK COMMISSION and Others, Appellants.— It will be impracticable for the court to decide the appeal argued January 5, 1926, from order denying motion for judgment on the pleadings, prior to January eleventh, the day fixed for the trial of the action. We are of opinion that the trial should be postponed until after the decision of the appeal. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.